No. 917. IVERSEN ET AL. *v.* UNITED STATES ET AL. March 25, 1946. *Per Curiam:* The motion to affirm is granted and the judgment is

affirmed. *Haskell Donoho, Dale C. Dillon* and *Ashley Sellers* for appellants. *Solicitor General McGrath* and *Daniel W. Knowlton* for appellees.